**Opinion issued August 23, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00568-CV

————————————

## IN RE MICROCHECK SYSTEMS, INC., AND MICROCHECK SOLUTIONS, INC.,

## Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

In this original proceeding, Relators MicroCheck System, Inc. and MicroCheck Solutions, Inc. seek relief from two interlocutory trial court orders dismissing certain claims as preempted by federal law.[1]

We deny the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

---

[1] The underlying case is *MicroCheck Systems, Inc. v. Zigrossi & Murphy, L.L.C.*, No. 2004-59790, in the 125th District Court of Harris County, Texas, the Hon. Kyle Carter, presiding.